DREMA CAMBRE AND SANDTRELL BRODEN INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

NO. 23-C-271

FIFTH CIRCUIT

VERSUS

COURT OF APPEAL

RIVERLANDS HOME GROUP, L.L.C. D/B/A CHATEAU ST. JAMES REHAB AND RETIREMENT AND PRIORITY MANAGEMENT GROUP, L.L.C.

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

June 27, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** RIVERLANDS HOME GROUP, L.L.C. D/B/A CHATEAU ST. JAMES REHAB AND RETIREMENT AND PRIORITY MANAGEMENT GROUP, L.L.C.

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT, PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEVEN C. TUREAU, DIVISION "D", NUMBER 40,840 C/W 40,841

Panel composed of Judges Fredericka Homberg Wicker,
Jude G. Gravois, and Robert A. Chaisson

**WRIT GRANTED IN PART; DENIED IN PART**

Relators, Riverlands Home Groups, LLC D/B/A Chateau St. James Rehab and Retirement and Priority Management Group, L.L.C. seek supervisory review of a judgment of the trial court denying their peremptory exception of no cause of action and dilatory exceptions of prematurity and vagueness. In their exception of no cause of action, relators contend that the trial court erred in overruling the exception by allowing the plaintiffs, Drema Cambre and Sandtrell Broden, who are not and have never been, residents of the nursing home, to bring claims under the Nursing Home Residents Bill of Rights (NHRBR), La. R.S. 40:2010.6, *et seq*. In

23-C-271

unpublished writ dispositions, this Court has held that claims for injunctive relief allowed under the NHRBR are not heritable and may only be brought by residents. *Knight v. Jefferson Healthcare Center, L.L.C.*, 21-736 (La. App. 5 Cir. 2/10/22); *Heinrich v. Maison De'Ville Nursing Home of Harvey*, LLC, 21-240 (La. App. 5 Cir. 6/30/21).

On the showing made, we find that plaintiffs do not belong to the class of persons with the recognized right to bring claims for injunctive relief under La. R.S. 40:2010.6, *et seq*. We find that an exception of no right of action is the appropriate exception for the consideration of the relators' arguments in this regard and we therefore make such finding pursuant to an exception of no right of action, which this Court may recognize pursuant to La. C.C.P. art. 927(B). Furthermore, pursuant to La. C.C.P. art. 934, we remand this matter to the trial court with instructions that the trial court allow plaintiffs sixty (60) days from the date of this disposition to amend their petition to remove this objection, if they are able to do so, failure of which shall result in the dismissal of plaintiffs' claims for injunctive relief pursuant to the NHRBR.

In all other respects, on the showing made, relators' writ application is denied.

Gretna, Louisiana, this 27th day of June, 2023.

**RAC**
**FHW**
**JGG**

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>06/27/2023</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**23-C-271**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

23rd Judicial District Court (Clerk)
Honorable Steven C. Tureau (DISTRICT JUDGE)
Jimmy R. Faircloth (Relator)
Mary K. Price (Relator)
Jordan M. Jeansonne (Respondent)
Stephen M. Huber (Respondent)

### MAILED

Christopher T. Whelen (Respondent)
Attoreny at Law
1100 Poydras Street
Suie 2200
New Orleans, LA 70163

Matthew M. Coman (Respondent)
Attorney at Law
400 Poydras Street
Suite 2045
New Orleans, LA 70130

Ronald E. Raney (Relator)
Attorney at Law
8670 Box Road
Building A
Shreveport, LA 71106

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew M. Coman
400 Poydras Street
Suite 2045
New Orleans, LA 70130
23-C-271                          06-27-23

9590 9402 2434 6249 3635 12

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7714

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*
LiVeit

C. Date of Delivery
7/3/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

SENDER: *COMPLETE THIS SECTION*

*COMPLETE THIS SECTION ON DELIVERY*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X *Matt D R*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

*Matthew Winkler*

C. Date of Delivery

6-30-23

1. Article Addressed to:

Ronald E. Raney
8670 Box Road
Building A
Shreveport, LA 71106
23-C-271                    06-27-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3634 99

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7738

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt